UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLIE HOWARD, individually and                    CIVIL ACTION
on behalf of all others similarly situated

VERSUS                                              NO: 21-01565

STEMMANS & ALLEY PLLC                               SECTION: T (4)

## ORDER

In her Notice of Settlement on a Class-Wide Basis (R. Doc. 26), the plaintiff states "the parties respectfully request that this Honorable Court vacate all current dates and deadlines and allow the parties forty-five (45) days to complete the written agreement and to present a Motion for Preliminary Approval of Class Action Settlement." Accordingly

**IT IS ORDERED** that this action is hereby STAYED for 45 days and that the Scheduling Order of January 19, 2022 (R. Doc. 14) is hereby vacated.

**IT IS FURTHER ORDERED** that the case be administratively closed until either party moves to reopen the action after 45 days or until the parties move to present a Motion for Preliminary Approval of Class Action Settlement.

New Orleans, Louisiana, this 13th day of May 2022.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE